S. ROBERT SCHERER, Respondent, v. CHARLES GOGEL, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ASSOCIATED WRECKERS INC., Respondent, v. IRVING GOLDSTEIN, Doing Business as STATE WRECKING & SALVAGE COMPANY, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

SAMUEL KORENBLIT, Respondent, v. ANGLO-FRENCH LABORATORIES INC. et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LEO WEINBERG, Respondent, v. IRVING KOEPPEL, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

PING WEN TSOU et al., Respondents, v. ZUI TU TSANG, Appellant.— Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1052.]

SOLOMON STRAUZER, an Infant, by HYMAN STRAUZER, His Guardian ad Litem, et al., Plaintiffs, v. FREMONT RUBBER COMPANY et al., Defendants. (Action No. 1.) JACK MARGOLIN, an Infant, by GABRIEL MARGOLIN, His Guardian ad Litem, et al., Respondents, v. FREMONT RUBBER COMPANY et al., Appellants. (Action No. 2.) — Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CLARA SVERD, Respondent, v. SAMUEL MOSTEL, Appellant.—